# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | [CV 06-06343 DDP]<br>SA CR 05-00256 DDP ✓ | Date | February 8, 2008 |

Title   ALFREDO HERNANDEZ RODRIGUEZ -V- UNITED STATES OF AMERICA

Present: The Honorable   DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| John A. Chambers | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

None Present                                              None Present

Proceedings:
   MINUTE ORDER (IN CHAMBERS)

**COUNSEL AND PARTIES ARE NOTIFIED** that on the Court's own motion the MOTION FOR ENTRY OF DEFAULT (FILED ON 02-08-08) is hereby DENIED.  The Government shall file the opposition not later than February 15, 2008 with the reply filed not later that March 20, 2008.

|   | : | N / A |
|---|---|---|
|   | Initials of Preparer | JAC |